1  XAVIER BECERRA
   Attorney General of California
2  SUSAN S. FIERING, State Bar No. 121621
   Supervising Deputy Attorney General
3  ROSE B. FUA, State Bar No. 119757
   HEATHER C. LESLIE, State Bar No. 305095
4  Deputy Attorneys General
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 210-7832
    Fax: (916) 327-2319
7   E-mail: Heather.Leslie@doj.ca.gov
   *Attorneys for California Department of Toxic*
8  *Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | 2:16-cv-02897-JAM-AC<br><br>**STIPULATION AND ORDER TO CONTINUE THE STAY**<br><br>Judge: John A. Mendez<br>Action Filed: December 9, 2016 |

Plaintiff, the Department of Toxic Substances Control ("DTSC") and Defendant, the United States of America ("United States") hereby submit this Stipulation and [Proposed] Order to Continue the Stay and to postpone the deadline for dispositional papers. Dispositional papers are currently due on or before September 1, 2017. DTSC and the United States stipulate to lodge the proposed Consent Decree by November 1, 2017.

**BACKGROUND**

On or about December 9, 2016, DTSC initiated the above-captioned case, seeking cost recovery and declaratory relief under sections 107(a) and 113(g) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9607(a) and 9613(g). The matter concerns the properties known as 711 and 750 Jackson Street, Benicia, Solano County, California (identified by Assessor's Parcel number 0080-14-0440) and 938, 940, 942, 945, 946, 952, and 954 Tyler Street; 963, 965, 967, 969, 971, 973, 977, 979, 981, 983, 985, 989, and 991 Lincoln Street; and 900 and 954 Jackson Street, Benicia, Solano County, California (identified by Assessor's Parcel numbers 0080-28-0010, 0080-28-0030, 0080-28-0040, 0080-28-0050) and all locations where hazardous substances released at, in, or from those addresses may come to be located in the future (the "Site"). On April 27, 2017 DTSC and the United States filed a Joint Notice of Tentative Settlement and asked the Court for additional time to file dispositional papers. On April 28, 2017 the Court filed a Minute Order that stayed the matter and instructed the parties to file dispositional documents on or before September 1, 2017.

**SETTLEMENT PROGRESS**

DTSC and the United States have been negotiating in good faith to resolve this matter. While staff attorneys have agreed upon the terms of the Consent Decree that will settle this matter, authorized officials within these two government organizations still need to review and approve the terms of the Consent Decree. In addition, the public, including the current and past owners of the Site, will be provided the opportunity to comment on the proposed Consent Decree. DTSC and the United States propose that the parties lodge a proposed Consent Decree approved by the management of both governments on or before November 1.

After the proposed Consent Decree is lodged, DTSC and the United States agree that a 60-day comment period is appropriate. At the end of the comment period, DTSC will need to respond to public comments. Since we do not know the nature or the number of the comments that need to be answered, DTSC requests up to 30 days to respond to the comments. After those 30 days, or sooner, if possible, the parties will file with the Court motions for approval of the proposed Consent Decree, unless public comments disclose facts or considerations that indicate the proposed Consent Decree is inappropriate, improper, or inadequate, in which case DTSC may withdraw or withhold its consent to entry of the Consent Decree.

## STIPULATION

The parties hereby stipulate and agree that there is good cause for the Court to enter the following order:

1. The matter is stayed until March 1, 2018. On or before November 1, 2017, the parties shall file a proposed Consent Decree with the Court.

2. In the event that a proposed Consent Decree cannot be filed with the Court by November 1, 2017, the parties agree to file a joint status report notifying the Court of the status of the approvals.

**IT IS SO STIPULATED.**

Dated: August 31, 2017

XAVIER BECERRA
Attorney General of California
SUSAN S. FIERING
Supervising Deputy Attorney General


/s/ Heather Leslie
_____
ROSE B. FUA
HEATHER C. LESLIE
Deputy Attorneys General
*Attorneys for the California Department of Toxic Substances Control*

| | |
|---|---|
| Dated: August 31, 2017 | JEFFREY H. WOOD<br>Acting Assistant Attorney General |
| | /s/ Mark Rigau (as authorized on 8/31/17)<br>_____<br>MARK A. RIGAU<br>Senior Trial Counsel<br>Environment and Natural Resources Division<br>United States Department of Justice<br>*Attorneys for the United States of America* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: __8/31/2017_____        /s/ John A. Mendez_____

UNITED STATES DISTRICT COURT
JUDGE JOHN A. MENDEZ

OK2015950029
33028804.doc